## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LLOYDIE SANON-LAUREDANT

Plaintiff,

-against-

LTD FINANCIAL SERVICES, L.P.; and
JOHN DOES 1-25.

Defendant.

Civil Case No.: 2:15-cv-06529 KM JBC

### STIPULATION OF DISMISSAL
### WITH PREJUDICE

**PLEASE TAKE NOTICE** that the Parties through their attorneys, Joseph K, Jones, Esq., on behalf of Plaintiff and Richard J. Perr, Esq. on behalf of Defendant, pursuant to Fed,. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate and agree that Plaintiff shall withdraw her action with prejudice and without costs to either party against LTD FINANCIAL SERVICES, L.P.

Dated: November 8, 2017

/s/ Joseph K. Jones

JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
*Attorneys for Plaintiff*

/s/ Richard J. Perr

Fineman Krekstein & Harris, P.C.
Richard J. Perr, Esq.
Monica M. Littman, Esq.
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 11/14/2017

(01349039;v1)